**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | | |
|---|---|---|
| BRAD H. CLEARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-152 LMB/TCB |
| | ) | |
| MARY ALICE COFFMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO DISMISS</u>

The defendant, Mary Alice Coffman, by counsel, pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss this action. The basis for this motion is set forth in the accompanying Memorandum in Support of Motion to Dismiss.

Respectfully submitted,


  /s/  Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for Mary Alice Coffman
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:   (703) 956-3566
Fax:   (703) 935-0349
Email: thyland@hylandpllc.com

  /s/  Tyler Southwick
Tyler Southwick
Virginia Bar No. 91087
Counsel for Mary Alice Coffman
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:   (703) 956-3566
Fax:   (703) 935-0349
Email: tsouthwick@hylandpllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of February, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I will then send the document and notification of such filing (NEF) by email and first class mail, postage prepaid to:

Donald E. Coulter, Esquire
PURNELL, MCKENNETT & MENKE, P.C.
9214 Center Street, Suite 101
Manassas, VA 20110

  /s/  Tyler Southwick
Tyler Southwick
Virginia Bar No. 91087
Counsel for Mary Alice Coffman
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:   (703) 956-3566
Fax:   (703) 935-0349
Email: tsouthwick@hylandpllc.com