IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| BRAD H. CLEARFIELD, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-152 LMB/TCB |
| MARY ALICE COFFMAN, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(1)(A)(ii), the parties, through their respective undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear his or her own costs and attorneys' fees.

Respectfully submitted,

/s/ Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
Counsel for Mary Alice Coffman
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA  20190
Tel.:  (703) 956-3566
Fax:  (703) 935-0349
Email: thyland@hylandpllc.com

So Ordered

/s/
Leonie M. Brinkema     10/8/20
United States District Judge

/s/ Donald E. Coulter
Donald E. Coulter
Virginia Bar No. 14886
Counsel for Brad H. Clearfield
PURNELL, MCKENNETT & MENKE, PC
9214 Center Street, Suite 101
Manassas, VA 20110
Tel.:  (703) 368-9196
Fax:   (703) 361-0092
Email: dcoulter@manassaslawyers.com